COURT OF APPEALS OF VIRGINIA

Present: Judges Petty, AtLee and Senior Judge Clements

EDWIN REYES

v.     Record No. 1996-15-4

BOLLINGER CONSTRUCTION, INC. AND
 ZURICH AMERICAN INSURANCE COMPANY

MEMORANDUM OPINION[*]
PER CURIAM
APRIL 5, 2016

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Michael V. Durkin; Joel Atlas Skirble and Associates, on brief), for
appellant.

(Bryan M. Kirchner; David A. Obuchowicz; Midkiff, Muncie &
Ross, P.C., on brief), for appellees.

Edwin Reyes ("claimant") appeals a decision of the Workers' Compensation Commission

finding that claimant was not an employee of a subcontractor for Bollinger Construction, Inc.

We have reviewed the record and the Commission's opinion and find that this appeal is without

merit. Accordingly, we affirm for the reasons stated by the Commission in its final opinion. See

Reyes v. Bollinger Constr., Inc., JCN VA02000011666 (Oct. 29, 2015). We dispense with oral

argument and summarily affirm because the facts and legal contentions are adequately presented

in the materials before the Court and argument would not aid the decisional process. See Code

§ 17.1-403; Rule 5A:27.

Affirmed.

_____

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.